DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**THOMAS INNOCENT** and **ROSELENE A. INNOCENT,**
Appellants,

v.

**MERAKI INSTALLERS, LLC,**
Appellee.

No. 4D2025-1151

[May 27, 2026]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Brett Michael Waronicki, Judge; L.T. Case No. 562022CA000353AXXXHC.

Owei Belleh of The Belleh Law Group, PLLC, Fort Lauderdale, for appellants.

Jennifer Shoaf Richardson of Emmanuel, Sheppard & Condon, Pensacola, for appellee.

PER CURIAM.

This appeal follows a final judgment entered in favor of the Appellee in a lawsuit for breach of contract and foreclosure of a construction lien. We affirm without comment on all issues. We write briefly, however, to address concerns regarding multiple quotations from the trial transcript contained in Appellant's initial brief that do not appear to be found anywhere in the actual trial transcript or otherwise in the Record. In consideration of the arguments made on this point in the parties' briefs, as well as during oral argument, we refer this matter to the Florida Bar for appropriate action. *See Eclectic Synergy, LLC v. Seredin, et al.*, No. 4D26-0781 (Fla. 4th DCA May 27, 2026) (citing *Russell v. Mells*, 426 So. 3d 913, 920 (Fla. 2d DCA 2025) ("When a lawyer cites imaginary legal authorities to our court as if they were law, we are compelled to refer that lawyer to the Bar because of the professional rules of conduct."); Fla. Code of Jud. Conduct, Canon 3D(2) ("A judge who receives information or has actual knowledge that substantial likelihood exists that a lawyer has committed a violation of the Rules Regulating The Florida Bar shall take appropriate action."); R. Regulating Fla. Bar 3-7.18(a)(2) (governing judicial referral of

a matter to the Florida Bar)).

*Affirmed.*

K<small>UNTZ</small>, C.J., L<small>EVINE</small> and S<small>HAW</small>, JJ., concur.

*     *     *

***Not final until disposition of timely-filed motion for rehearing.***